PROB 12C
(6/16)

Report Date: May 2, 2022

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 03, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Silas Temens Peters                Case Number: 0980 1:18CR02054-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 30, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. 2250(a) | |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 25, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: May 24, 2026 |

### PETITIONING THE COURT

To issue a summons.

On October 21, 2021, supervised release conditions were reviewed and signed by Mr. Peters acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** Mr. Peters is alleged to have violated his conditions of supervised release by consuming alcohol on or before April 6, 2022.<br><br>On April 6, 2022, this officer received a telephone call from Noah's Ark Homeless Shelter (NAHS) staff, stating that Mr. Peters was suspended for 3 weeks for disrespecting staff by yelling and cursing at them. NAHS staff also stated Mr. Peters appeared to be under the influence of alcohol.<br><br>On April 8, 2022, this officer contacted Mr. Peters by telephone. Mr. Peters admitted he consumed alcohol on April 6, 2022, before having an outburst toward NAHS staff. |

Prob12C
**Re: Peters, Silas Temens**
May 2, 2022
Page 2

        On April 11, 2022, Mr. Peters signed an admission form admitting he consumed alcohol on or before April 6, 2022.

2     **Special Condition #9**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Peters is alleged to have violated his conditions of supervised release by failing to complete a substance abuse evaluation as directed by April 15, 2022.

    Mr. Peters violated his conditions of supervised release on April 6, 2022, for consuming alcohol. This officer directed Mr. Peters to obtain a substance abuse evaluation by April 15, 2022. Mr. Peters agreed he would obtain the substance abuse evaluation at Camp Hope and let this officer know after he completed it.

    As of the date of this report, Mr. Peters has failed to provide this officer verification he completed the substance abuse evaluation as directed by April 15, 2022.

3     **Special Condition #4**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

    **Supporting Evidence**: Mr. Peters is alleged to have violated his conditions of supervised release by failing to report a change of address on or before April 16, 2022.

    On April 11, 2022, Mr. Peters began residing at Camp Hope, in Yakima, Washington.

    On April 22, 2022, this officer contacted staff at Camp Hope. Staff stated that Mr. Peters was suspended from Camp Hope on April 16, 2022, for 6 months for appearing intoxicated and displaying aggression toward staff. Later the same day, this officer contacted staff at NAHS to confirm if Mr. Peters had been residing there since being suspended from Camp Hope. NAHS staff reported they had not seen Mr. Peters since he was suspended from their facility on April 6, 2022. Also, on April 22, 2022, this officer contacted Memorial Hospital in Yakima, to see if Mr. Peters was a patient there. Memorial Hospital staff reported Mr. Peters was released from the hospital on April 21, 2022. On April 25, 2022, this officer again contacted Memorial Hospital to see if Mr. Peters was a patient there. Memorial Hospital staff stated Mr. Peters was not a patient there at that time.

    On April 26, 2022, this officer contacted staff at the Yakima County Sheriff's Office (YCSO) regarding if Mr. Peters had checked in with them. YCSO staff stated Mr. Peters had not checked in with them since earlier when he lived at NAHS.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Peters, Silas Temens**
**May 2, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 2, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

May 3, 2022

Date